UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Arctic Cat Inc.,
a Minnesota Corporation,

Plaintiff,

v.

Polaris Industries, Inc.,
a Delaware Corporation,

Defendant.

Civil Action CV 01-440(JMR/RLE)

---

**STIPULATION AND ORDER**

---

The parties hereto, by and through their respective counsel, hereby stipulate to allowing Defendant herein an additional period of time in which to answer, respond or otherwise plead, up to and including June 14, 2001.

Dated: May 14, 2001

Jeffrey J. Keyes

James E. Olds (#81395)
OLDS & ASSOCIATES, P.A.
200 Division Street, Suite 330
Northfield, MN 55057
Phone: (507) 663-1033
Facsimile: (507) 663-1326

Jeffrey J. Keyes (#55505)
BRIGGS and MORGAN
2400 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 334-8540

**ATTORNEYS FOR ARCTIC CAT, INC.**

MAY 14 2001
...OSAL, CLERK

Dated: May 14, 2001.

Daniel J. Maertens (#188311)
Dean R. Karau (#225186)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7000
Fax: (612) 347-7077

**ATTORNEYS FOR POLARIS INDUSTRIES, INC.**

**ORDER**

**IT IS SO ORDERED.**

Date: MAY 14, 2001

~~James M. Rosenbaum~~
United States ~~District~~ magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2513501\1