**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ARCTIC CAT INC.,**
**a Minnesota Corporation**

**Plaintiff,**

**vs.**

**POLARIS INDUSTRIES INC.,**
**a Delaware Corporation,**

**Defendant.**

**Civil Action No. 01-440 (JMR/RLE)**

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND**

ORIGINAL

---

Based on the Stipulation filed by the parties, and the Affidavit of James E. Olds, the Court HEREBY GRANTS Plaintiff's motion to extend the deadline to file its expert disclosures.

The disclosure date set forth in Paragraph VI. of the Pretrial Schedule is HEREBY EXTENDED to permit Plaintiff to make its expert disclosures on or before **March 15, 2002.** All other dates shall remain the same.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

Dated: 2/26/02

11



FILED FEB 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK